1  JOHN P. KRISTENSEN (SBN 224132)
2  DAVID L. WEISBERG (SBN 211675)
   **KRISTENSEN WEISBERG, LLP**
3  12304 Santa Monica Blvd., Suite 100
4  Los Angeles, California 90025
   Telephone: 310-507-7924
5  Fax: 310-507-7906
6  *john@kristensenlaw.com*
   *david@kristensenlaw.com*
7

8  TODD M. FRIEDMAN (SBN 216752)
   SUREN N. WEERASURIYA (SBN 278521)
9  **LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
10 324 S. Beverly Dr., Suite 725
   Beverly Hills, California 90212
11 Telephone: 877-206-4741
12 Fax: 866-633-0228
   *tfriedman@attorneysforconsumers.com*
13 *sweerasuriya@attorneysforconsumers.com*

14
   *Attorneys for Plaintiff and all others similarly*
15 *situated*

16              THE UNITED STATES DISTRICT COURT
17              CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 18 APRIL BELL, on behalf of herself and all others similarly situated, | Case No.: 2:15-cv-07851-SVW-KLSx |
| 19 | |
| 20    Plaintiff, | **CLASS ACTION** |
| 21    vs. | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| 22 | |
| 23 SURVEY SAMPLING INTERNATIONAL, LLC, and DOES 1 through 20, inclusive, and each of them, | **[Fed. R. Civ. Pro., Rule 41(a)(1)(A)(i)]** |
| 24 | |
| 25 | |
| 26    Defendants. | |
| 27 | |
| 28 | |

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE,
PURSUANT TO FRCP RULE 41(A)(1)(A)(I)
-1-

**TO THIS HONORABLE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(i), plaintiff April Bell dismisses this action **without prejudice**. This notice is being filed and served prior to defendant Survey Sampling International, LLC ("Defendant" or "Survey Sampling") being served with the Complaint and Summons and prior to Defendant filing an answer, a motion for summary judgment, or motion to dismiss. Although this case was filed as a class action, no class has been certified, and court approval of this dismissal is therefore not required under Rule 23(a) of the Federal Rules of Civil Procedure.

Dated: October 13, 2015

Respectfully submitted,

By: */s/ John P. Kristensen*

John P. Kristensen (SBN 224132)
*john@kristensenlaw.com*
David L. Weisberg (SBN 211675)
*david@kristensenlaw.com*
**KRISTENSEN WEISBERG, LLP**
12304 Santa Monica Blvd., Suite 100
Los Angeles, California 90025
Telephone: (310) 507-7924
Fax: (310) 507-7906

Todd M. Friedman (SBN 216752)
*tfriedman@attorneysforconsumers.com*
Suren N. Weerasuriya (SBN 278521)
*sweerasuriya@attorneysforconsumers.com*
**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
324 S. Beverly Dr., Suite 725
Beverly Hills, California 90212
Telephone: 877-206-4741
Fax: 866-633-0228

**CERTIFICATE OF SERVICE**

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Kristensen Weisberg, LLP, 12304 Santa Monica Boulevard, Suite 100, Los Angeles, California 90025. The foregoing document was served via ECF on all parties and their attorneys of record in case number 2:15-cv-07851-SVW-KLSx entitled APRIL BELL v. SURVEY SAMPLING INTERNATIONAL, LLC.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Los Angeles, California on October 13, 2015.

*/s/ Neil Ortlani*
Neil Ortlani

CERTIFICATE OF SERVICE